UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESUS TORRES,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SUNSET OFFICE PARK LLC,<br><br>　　　　　　Defendant.<br>_____/ | No. C 13-05945 LB<br><br>**ORDER SETTING STATUS CONFERENCE** |

According to the Certification of ADR Session that was filed on November 10, 2014, the parties have agreed to fully settle this ADA action. Certification, ECF No. 13. To keep the case on track, the court **SETS** a status conference for 11:00 a.m. on January 11, 2014 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. The parties shall file a joint status update no later than January 4, 2014. If the parties settle their action before then and properly dismiss their action under Federal Rule of Civil Procedure 41, the status conference will automatically be vacated.

**IT IS SO ORDERED.**

Dated: November 20, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 13-05945 LB
ORDER