UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESUS TORRES, | No. C 13-05945 LB |
| Plaintiff, | **ORDER REQUIRING COMPLIANCE WITH CIVIL LOCAL RULES** |
| v. | |
| SUNSET OFFICE PARK LLC, | |
| Defendant. | |

According to the Certification of ADR Session that was filed on November 10, 2014, the parties have agreed to fully settle this ADA action. Certification, ECF No. 13.[1] On February 2, 2015, Plaintiff, through his attorney Mr. Stewart, filed a "Stipulation of Dismissal; Order." Stipulation, ECF No. 22. This document does not comply with Civil Local Rules and must be refiled to include the attestation required by Civil Local Rule 5-1(i).

Plaintiff's counsel filed the Stipulation with both his and opposing counsel's electronic signatures. Stipulation, ECF No. 22. The electronic signature of Mr. Stewart is valid, pursuant to Civil Local Rule 5-1(i)(2), because he filed the document while signed into ECF using his user ID and password. However, the electronic signature of Defendant's counsel, Mr. Welch, cannot be accepted by the court as valid until Plaintiff's counsel files the attestation required by Civil Local Rule 5-1(i)(3). "[T]he filer of the document shall attest that concurrence in the filing of the

---

[1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

C 13-05945 LB
ORDER

document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. The filer's attestation may be incorporated into the document itself, or take the form of a declaration attached to the document." Civil Local Rule 5-1(i)(3).

Plaintiff's counsel is ordered to refile the Stipulation in compliance with the Local Rules.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
LAUREL BEELER
United States Magistrate Judge